**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE McMILLIAN, ) | CASE NO. CV 08-08152 (RZ) |
| Plaintiff, ) ) | JUDGMENT |
| v. ) ) | |
| MICHAEL J. ASTRUE, Commissioner ) of Social Security Administration, ) ) | |
| Defendant. ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: July 24, 2009

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE